MC-275

Name _Patrick Wilson_

Address _San Quentin SP_

_San Quentin Co_

_94974_

CDC or ID Number _T50230_

FILED
07 MAR 23 PM 4: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Clerk of the court_
_United States District court_

_Northern District of California_
_450 Golden Gate Avenue_
_San Francisco Ca 94102_
(Court)

RMW
(PR)

PETITION FOR WRIT OF HABEAS CORPUS

E-filing

_Patrick Wilson_
Petitioner

vs.

_Medical Care For California Department of_
Respondent _Corrections CDC_

No. C 07 2727

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies.

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. January 1, 1999]

PETITION FOR WRIT OF HABEAS CORPUS

WEST GROUP

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rules 56.5, 201(h)

This petition concerns:

- [ ] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [x] Jail or prison conditions
- [ ] Prison discipline
- [x] Other (specify): medical care is inAdequate

1. Your name: PATRICK wilson

2. Where are you incarcerated? SAN QUENTIN STATE PRISON

3. Why are you in custody?  [x] Criminal Conviction   [ ] Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   211 Attempted Robbery with NO USE OF A weapon

   b. Penal or other code sections: 

   c. Name and location of sentencing or committing court: Alameda county

   d. Case number: 

   e. Date convicted or committed: 10-9-06

   f. Date sentenced: 10-9-06

   g. Length of sentence: 3 years with 50% granted

   h. When do you expect to be released? 2-4-08

   i. Were you represented by counsel in the trial court?  [ ] Yes.   [ ] No.  If yes, state the attorney's name and address:

4. What was the LAST plea you entered? *(check one)*

   [ ] Not guilty   [x] Guilty   [ ] Nolo Contendere   [ ] Other: With A deal

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury   [ ] Judge without a jury   [ ] Submitted on transcript   [ ] Awaiting trial

6. GROUNDS FOR RELIEF

    **Ground 1:**  State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement."  *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four.  For additional grounds, make copies of page four and number the additional grounds in order.)*

    _____

    _____

    _____

    _____

  a.  Supporting facts:

    Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).* (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

  b.  Supporting cases, rules, or other authority (optional):

    *(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

    _____

    _____

    _____

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☐ No.   If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

   _____

   b. Result: _____   c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised:   (1) _____

      (2) _____

      (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes. ☐ No.   If yes, state the attorney's name and address, if known:

   _____

9. Did you seek review in the California Supreme Court? ☐ Yes. ☐ No.   If yes, give the following information:

   a. Result: _____   b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised:   (1) _____

      (2) _____

      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

    _____

    _____

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    I sought the Highest Level of Administrative review the 602 Appeal concerning the medication that I receaved does not help me are stop the Head pains I receave. On my second level of my Appeal I could not continue because my Appeal time limits were not being mett. According to title 15 Division 3 3084.6 Appeal time Limits second level responses shall be completed within 20 working days or 30 working days if first level is waived Pursuant to section 3084.5(A)3 However first level was not waived. The Petitioner ask the courts to grant money damages in the Amount of 300,000. for the inadequate treatment Plus pain and suffering as well as mentle stress. which also des prisoners Federal constitutional & statutory Rights

    b. Did you seek the highest level of administrative review available? ☑ Yes. ☐ No.
       *Attach documents that show you have exhausted your administrative remedies.*

IN 1989 I INMATE PATRICK WILSON AKA PATRICK McCullough
WAS SHOT IN THE FACE. FROM THIS INCIDENT I HAVE A BULLET LOCATED
IN MY HEAD. SENCE THE TIME I HAVE BEEN SHOT I HAVE EXSPERENCED
A DIFFICULT LIFE CHANGE.
THE FIRST CHANGE I'VE EXSPERENCED WAS TRUST OF OTHER PEOPLE.
IT WAS HARD FOR ME TO BELEAVE THAT EVERY ONE WAS NOT OUT TO HURT ME.
THEN I STARTED HAVEING BAD DREAMS OF BEING SHOT OVER AND OVER AGAIN.
WHEN THIS STARTED I RECIVED MENTLE HEALTH MEDICATION TO HELP ME DEAL
WITH THIS ISSUE.
AFTER THAT I STARTED HAVING CLUSTER HEADACHE
WITCH GAVE ME FREQUENT HEAD PAIN IN ONE SIDE OF MY
TEMPLES WITCH ALSO CAUSED ME A LITTLE FACIAL SWEATING.
AFTER THAT I STARTED RECIVEING MIGRAINE HEADACHE
WITCH ARE A LITTLE MORE PAINFULL THAN CLUSTER HEADACHE.
MIGRAINE HEADACHE GAVE ME A THROBBING PAIN ONE ON ONE
SIDE OF MY TEMPLE. AND SOME TIMES EFFECT MY VISION
AND SOME TIMES THE SIDE OF MY BRAIN IS NUM FROM THIS
HEAD PAIN.
ALSO STRESS I DEAL WITH STRESS ON A HIGH LEVEL
BECAUSE AFTER I WAS SHOT IN THE HEAD. IN 1995
I COURT A BRAIN INFECTION AND I WAS OPPERATED ON
IN SAN FRANCISCO GENERAL HOSPITAL
I ALSO WENT INTO A COMA FOR 4 DAYS.
SO SENCE BEING SHOT IN MY LIFE HAS AND IS STILL A DIFFERCULT
FOR ME. AND SENCE MY ARRIVAL HERE AT SAN QUENTIN 10-16-06
I EXSPERENCE CLUSTER HEADACHES AS WELL AS MIGRAINE HEADACHES
I WILL EXSPERENCE THIS FOR THE REST OF MY LIFE. CHRONIC PAIN HEAD PAIN
THE MEDICAL STAFF AS WELL AS DR DAVY WU TREAT MY MEDICAL
PROBLEM AS A SMALL ISSUE. FROM 10-16-06 I HAVN'T RECEAVED
NO HELP IN DEALING WITH MY MEDICAL PAIN. EACH TYME I ASK
FOR HELP I HAVN'T RECEAED ANY. AND EACH DAY I PRAY THAT
THE PAIN THAT I EXSPERENCE IS SOMETHING THAT I CAN
HANDLE.

DEAR CLERK

I AlREAdy have sent you
A FORM FOR IN FORMA PAUPERi's
FOR this issue here C 07    2727
please inform me that you    RMW
have it so This can continue

E-filing    thank you! (PR)