IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, ) | No. C 07-2727 RMW (PR) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| MEDICAL CARE FOR CALIFORNIA DEPARTMENT OF CORRECTIONS, ) | |
| Respondent. ) | |

    The court has dismissed the instant petition for a writ of habeas corpus without prejudice because petitioner's claims do not challenge the duration or legality of his confinement or sentence under § 2254. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 6/6/2007          /s/ Ronald M. Whyte
                                   RONALD M. WHYTE
                                   United States District Judge

1 | This is to certify that on _____6/7/2007_____, a copy of this ruling was mailed to the following:

3 | Patrick Wilson
T-50230
San Quentin State Prison
San Quentin, CA  94974